=====================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

**APPEARANCE**

UNITED STATES OF AMERICA

       v.                                      CASE NO. : 08-2442JKS
                                                          (USNA)

KYLE F. MURRAY

                     *    *    *    *    *    *

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Kyle F. Murray.  I certify that I am admitted to practice in this Court.

8/18/08                                                   /s/
_____                                          _____
Date                                                   CARRIE HOWIE CORCORAN (#14136)
                                                        Assistant Federal Public Defender
                                                        100 South Charles Street
                                                        Tower II, Suite 1100
                                                        Baltimore, Maryland  21201
                                                        Phone: (410) 962-3962
                                                         Fax:  (410) 962-0872
                                                        Carrie_Corcoran@fd.org